884 A.2d 247

**John Andrew GREGG, Executor of the Estate of John I. Gregg, Jr., Deceased, Respondent**

v.

**V–J AUTO PARTS, INC., Petitioner.**

Supreme Court of Pennsylvania.

Sept. 8, 2005.

## *ORDER*

PER CURIAM:

**AND NOW,** this 8th day of September 2005, the Petition for Allowance of Appeal is hereby GRANTED limited to the following issue:

In a products liability suit brought against the manufacturer or supplier of a product containing asbestos, to survive summary judgment must the plaintiff show frequent use of, and regular close proximity to, the product, even if the plaintiff presents direct evidence of inhalation?